# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JENIFER REEVEY-GARNER AND BYRON L. SHEPARD, II,**<br>　　　　Plaintiffs,<br><br>　　　v.<br><br>**CITY OF PHILADELPHIA, LIEUTENANT ANTHONY J. MIRABELLA AND OFFICERS JOHN DOE(S),**<br>　　　　Defendant. | CIVIL ACTION<br><br><br>NO. 17-2153 |

## O R D E R

**AND NOW**, this 13th day of October, 2017, upon consideration of Defendant City of Philadelphia's Motion to Dismiss (ECF No. 12) and Plaintiffs Jennifer Reevey-Garner and Byron L. Shepard, II's response in opposition thereto (ECF No. 14), **IT IS HEREBY ORDERED** that the Motion to Dismiss is **GRANTED**. It is **FURTHER ORDERED** that Counts II, IV and VI are **DISMISSED WITH PREJUDICE**.

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**